# Exhibit A-1

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
Telephone: (856) 435-6401

July 28, 2016

Andrew W. Dunlap, Esq.
Fibich Leebron Copeland Briggs & Josephson LLP
1150 Bissonnet Street
Houston, TX 77005
Via Email to: adunlap@fibichlaw.com

Daniel D. Pipitone, Esq.
Munsch, Hardt, Kopf & Harr, PC
700 Milam Street
Suite 2700
Houston, TX 77002-2806
Via Email to: dpipitone@munsch.com

Case Number: 01-16-0003-0824

Nathan Arrambide
-vs-
Priority Well Testing, LLC

Dear Counsel for Respondent:

Upon review of the documents submitted in the above-referenced matter, the AAA has determined that this dispute arises from an employer-promulgated plan, and will be administered in accordance with the Employment Due Process Protocol of the AAA Employment Arbitration Rules, a copy of which can be found on the AAA website, www.adr.org.

In cases before a single arbitrator, a non-refundable filing fee, capped in the amount of $200, is payable in full by the employee when a claim is filed, unless the plan provides that the employee pay less. A non-refundable fee in the amount of $1,500 is payable in full by the employer, unless the plan provides that the employer pay more.

This acknowledges receipt of the employee's portion of the filing fee in the amount of $200. Accordingly, we request that the employer remit the balance of the filing fee in the amount of $1,500.

Payment may be submitted via check, money order, or credit card. Money orders and checks should be made payable to the American Arbitration Association and sent to Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. To pay by credit card, please submit the attached credit card authorization form. When submitting payment, please reference the above case number to ensure that payment is properly applied.

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. The AAA may require arbitrator's compensation deposits in advance of any hearings. Unless the employee chooses to pay a portion of the arbitrator's compensation, the employer shall pay such compensation in total.

Payment should be submitted on or before August 15, 2016. Upon receipt of the balance of the filing fee, the AAA will proceed with administration and any overpayments submitted by the employee will be refunded.

Should the parties wish to mediate with the AAA prior to arbitration, the AAA will preserve the arbitration filing and initiate the mediation process without requiring that the parties provide the herein requested items. Should the parties later desire to proceed to arbitration, the parties would be required to meet any outstanding filing requirements. If mediation at this stage is of interest to the parties, all parties should confirm in writing their agreement to abate the filing before the above deadline.

Please note: no answering statement or counterclaim is due at this time.  Upon full satisfaction of the filing requirements, the AAA will notify the parties of the response deadlines.

If you have any questions, please email the Employment Filing Team at EmploymentFiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team
EmploymentFiling@adr.org
856-679-4610