# Exhibit B-1

| | |
|---|---|
| **From:** | AAA Mary Jara <AAAMaryJara@adr.org> |
| **Sent:** | Tuesday, February 14, 2017 2:56 PM |
| **To:** | Andrew Dunlap; Pipitone, Dan |
| **Cc:** | rexsec@brucknerburch.com; Richard Burch; Matt Parmet; Hill, Brenna; Mirna Estopier; Liliana Landaverde; Michael Josephson; Robbins, Andrew; McNeil, Lindsay; Harvey, Michael A.; Bernal, Crissy; Trevino, Gabby |
| **Subject:** | Nathan Arrambide v. Priority Well Testing, LLC 01-16-0003-0824 - Billing |

Dear Parties,

The employer has been billed $15,050.00, as a deposit to cover the arbitrator's anticipated compensation and expenses for this matter. This amount was determined by the arbitrator and based on the overall case schedule that the parties arrived at during the Management Conference.

**$5,600.00, is due on or before March 14, 2017**
**The remaining balance is due on or before August 18, 2017**

You will be receiving an automatically generated invoice within two weeks and every thirty days thereafter, until the balance is paid. Should you need a copy immediately to facilitate payment please let me know. This will also confirm that we will be informing the arbitrator of the amount on deposit as of the due date, and if full deposits are not on hand the arbitrator may suspend this proceeding pending the parties' compliance with the rules.

If you have any questions, please do not hesitate to call.

Sincerely,
Detsione
Sent on behalf of



**AAA Mary Jara**
**Manager of ADR Services**

American Arbitration Association
Employment
T: 866 440 1796  F: 855 267 4082  E: AAAMaryJara@adr.org
13727 Noel Road, Suite 700, Dallas, TX 75240
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.