# Exhibit F-1

| | | |
|---|---|---|
| **22222** Void ☐ | a Employee's social security number ███ | For Official Use Only ▶ OMB No. 1545-0008 |

| b Employer identification number (EIN) 90-0914266 | 1 Wages, tips, other compensation 90633.87 | 2 Federal income tax withheld ███ |
|---|---|---|
| c Employer's name, address, and ZIP code PRIORITY WELL TESTING, LLC 681 RIVER HIGHLANDS BLVD. COVINGTON  LA 70433 | 3 Social security wages ███ | 4 Social security tax withheld ███ |
| | 5 Medicare wages and tips ███ | 6 Medicare tax withheld ███ |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's first name and initial  Last name  Suff. NATHAN L   ARRAMBIDE | 11 Nonqualified plans | 12a See instructions for box 12  DD ███ |
| ███ | 13 Statutory employee ☐  Retirement plan X  Third-party sick pay ☐ | 12b  D ███ |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

Form **W-2**  Wage & Tax Statement    **2015**   0000/1030D

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy A for Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration;

FDWA0101  11/23/15 FW2